**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **R & E WAREHOUSE, INC., d/b/a ZEUS FURNITURE,** | ) ) | **Case No.  08 B 13399** |
| | ) | **Honorable A. Benjamin Goldgar** |
| **Reorganized Debtor.** | ) | **Motion Date:   September 21, 2009** |
| | ) | **Motion Time:   10:00  a.m.** |

NOTICE OF MOTION

TO:   William T. Neary
       OFFICE OF THE US TRUSTEE
       219 S. Dearborn, Suite 873
       Chicago, Illinois 60606

　　PLEASE TAKE NOTICE THAT on September 21, 2009, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613   at 219 S. Dearborn, Chicago, Illinois and present MOTION FOR ENTRY OF FINAL DECREE ORDER. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

AFFIDAVIT OF SERVICE

　　I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by electronically filing it with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system on September 14, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Beverly A. Berneman*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| R & E WAREHOUSE, INC., d/b/a ZEUS FURNITURE, | ) ) | Case No. 08 B 13399 |
| | ) | Honorable A. Benjamin Goldgar |
| Reorganized Debtor. | ) | Motion Date:  September 21, 2009 |
| | ) | Motion Time:  10:00 a.m. |

## MOTION FOR ENTRY OF
## FINAL DECREE ORDER

Debtor, R & E WAREHOUSE, INC., d/b/a ZEUS FURNITURE, ("Debtor") by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1.  On May 27, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.  On July 22, 2009 this Court entered an order confirming Debtor's. The Plan calls a 100% distribution to creditors holding allowed general unsecured claims.

3.  Debtor has made initial distributions under the plan (See Report of Distribution [Docket # 124]).

4.  There are no further matters for this Court to administer.

WHEREFORE, Debtor, ALLIANCE STAFFING, INCORPORATED d/b/a ALLIANCE HUMAN RESOURCE SERVICES, prays as follows:

A.  That this Court enter a final decree order; and

B.  For such other and further relief as this Court deems just and proper.

                              R & E WAREHOUSE, INC., d/b/a ZEUS FURNITURE,

                              /s/  *Beverly A. Berneman*

                              Beverly A. Berneman
                              One of its attorneys

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000