IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| R & E WAREHOUSE, INC., d/b/a ZEUS | ) | Case No. 08 B 13399 |
| FURNITURE, | ) | Honorable A. Benjamin Goldgar |
| Reorganized Debtor. | ) | |

## FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court being duly advised in the premises and it appearing to the Court that:

1. On May 27, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On July 22, 2009 this Court entered an order confirming Debtor's. The Plan calls a 100% distribution to creditors holding allowed general unsecured claims.

3. Debtor has made initial distributions under the plan (See Report of Distribution [Docket # 124].

4. There are no further matters for this Court to administer.

IT IS HEREBY ORDERED that:

A. ~~R & E Warehouse, Inc., d/b/a Zeus Furniture is released from all of its dischargeable debts and liabilities; and~~ *A final decree is entered and the clerk is directed to close the case.*

B. ~~The Estate is hereby closed.~~

Dated: **21 SEP 2009**

Enter: _____
Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000